**Order filed, August 14, 2018.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-00622-CR

———————

**STEVE SALINAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 119th District Court**
**Runnels County, Texas**
**Trial Court Cause No. 6686**

---

## ORDER

The reporter's record in this case was due July 30, 2018. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Audie Pritchard, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM